UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-20554-CIV-SIMONTON

SANDRA ACEVEDO,

    Plaintiff,
vs.

BARRY UNIVERSITY,

    Defendant.
_____/

### ORDER GRANTING JOINT MOTION TO DISMISS LAWSUIT WITH PREJUDICE

This matter is before the Court upon the Parties' Joint Motion to Dismiss Lawsuit with Prejudice, ECF No. [38].  Pursuant to the consent of the Parties, the Honorable Kathleen M. Williams, United States District Judge, has referred this matter to the undersigned Magistrate Judge for all further proceedings, including trial by jury and entry of final judgment, ECF Nos. [35][37].

This action involves claims brought by Plaintiff Sandra Acevedo against Defendant Barry University, Inc. for alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201 et seq., ("FLSA"), ECF No. [1].  At a settlement conference before the undersigned, the Parties reached a resolution of this matter with respect to the claims made by the Plaintiff.  The undersigned then held a fairness hearing wherein the Parties placed the material terms of the settlement on the record, ECF No. [36]. The Court found the settlement agreement to be a fair and reasonable resolution of the matter.[1]

---

[1] In reviewing a settlement of an FLSA private claim, a court must "scrutiniz[e] the settlement for fairness," and determine that the settlement is a "fair and reasonable resolution of a bona fide dispute over FLSA provisions."  *Lynn's Food Stores v. United States*, 679 F.2d 1350, 1352-53 (11th Cir. 1982).  A settlement entered into in an adversarial context where both sides are represented by counsel throughout litigation "is more likely to reflect a reasonable compromise of disputed issues." *Id*.  The district court may approve the settlement in order to promote the policy of encouraging settlements of litigation. *Id*. at 1354.

The Parties have filed a Joint Motion to Dismiss Lawsuit with Prejudice wherein they request that the Court dismiss the case with prejudice, and retain jurisdiction to enforce the terms of the Settlement Agreement, ECF No. [38].

As stated at the fairness hearing, the undersigned has reviewed the record and the Settlement Agreement submitted by the Parties and finds that the settlement reached, including attorneys' fees and costs, is a fair and reasonable resolution of the Parties' bona fide dispute.  Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Parties' Joint Motion to Dismiss Lawsuit with Prejudice, ECF No. [38] is **GRANTED**.  The action is **DISMISSED** with prejudice and the Court retains jurisdiction to enforce the terms of the Settlement Agreement through July 31, 2017.

**DONE AND ORDERED** in chambers at Miami, Florida, on May 18, 2017.

*[signature]*
**ANDREA M. SIMONTON**
**UNITED STATES MAGISTRATE JUDGE**

Copies provided via CM/ECF to:
All counsel of record